UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALEXIA CARUSO, a minor, by her
NEXT FRIEND, MICHELLE WHITE,

        Plaintiffs,

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, a foreign
Company,

        Defendant.

Case No: 12-CV-13896
Hon. Lawrence P. Zatkoff
Magistrate Hluchaniuk

_____/

| | |
|---|---|
| Miller & Tischler, P.C.<br>Maureen H. Kinsella (P56172)<br>Attorneys for Plaintiff<br>26711 Northwestern Highway<br>Suite 200<br>Southfield, MI 48033-2159<br>(248) 945-1040<br><br>Clark & Schoenbeck, P.C.<br>Paul S. Clark P39164)<br>Attorneys for Quality Care Consulting<br>22655 South Chrysler Drive<br>Hazel Park, MI 48030<br>(248) 543-7776 | Zausmer, Kaufman, August,<br> Caldwell & Tayler, P.C.<br>Marcy A. Tayler (P41685)<br>Cinnamon A. Rice (P60979)<br>Nathan J. Fink (P75185)<br>Attorneys for Defendant<br>31700 Middlebelt Road<br>Suite 150<br>Farmington Hills, MI 48334<br>(248) 851-4111 |

_____/

## NOTICE OF HEARING

TO:   Miller & Tischler, P.C.            Zausmer, Kaufman, August,
      Maureen H. Kinsella               Caldwell & Tayler, P.C.
      Attorneys for Plaintiff              Marcy A. Tayler
      26711 Northwestern Highway   Cinnamon A. Rice
      Suite 200                             Nathan J. Fink
      Southfield, MI 48033-2159     Attorneys for Defendant
                                            31700 Middlebelt Road
                                            Suite 150
                                            Farmington Hills, MI 48334

     PLEASE TAKE NOTICE that the attached Motion to Intervene will be brought on

for hearing before the Honorable Lawrence P. Zatkoff in his courtroom in the U.S.

District Court, Detroit, Michigan on a date and at a time to be set by this Honorable Court.

CLARK & SCHOENBECK, P.C.

By¨ /s/ Paul S. Clark
Paul S. Clark (P39164)
22655 South Chrysler Drive
Hazel Park, MI 48030
(248) 543-7776

Dated: November 9, 2012

## PROOF OF SERVICE

I certify that on November 9, 2012, I did electronically serve the attached document with the U. S. District Court and service was made on all counsel via the U. S. District Court's electronic service system.

CLARK & SCHOENBECK, P.C.

By: /s/ Paul S. Clark
Paul S. Clark (P39164)
Attorneys for Quality Care Consulting
22655 South Chrysler Drive
Hazel Park, Michigan 48030
(586) 543-7776

Dated: November 9, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALEXIA CARUSO, a minor, by her
NEXT FRIEND, MICHELLE WHITE,

        Plaintiffs,              Case No: 12-CV-13896
                                            Hon. Lawrence P. Zatkoff
v.                                                 Magistrate Hluchaniuk

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, a foreign
Company,

        Defendant.
                                         /

| Miller & Tischler, P.C. | Zausmer, Kaufman, August, |
|---|---|
| Maureen H. Kinsella (P56172) | Caldwell & Tayler, P.C. |
| Attorneys for Plaintiff | Marcy A. Tayler (P41685) |
| 26711 Northwestern Highway | Cinnamon A. Rice (P60979) |
| Suite 200 | Nathan J. Fink (P75185) |
| Southfield, MI 48033-2159 | Attorneys for Defendant |
| (248) 945-1040 | 31700 Middlebelt Road |
| | Suite 150 |
| Clark & Schoenbeck, P.C. | Farmington Hills, MI 48334 |
| Paul S. Clark P39164) | (248) 851-4111 |
| Attorneys for Quality Care Consulting | |
| 22655 South Chrysler Drive | |
| Hazel Park, MI 48030 | |
| (248) 543-7776 | |

                                                           /

## **MOTION TO INTERVENE**

      NOW COMES Quality Care Consulting, by and through its attorneys, Clark & Schoenbeck, P.C. and for its Motion to Intervene, states as follows:

1. Quality Care Consulting provided services to Plaintiff Alexia Caruso, a minor.

2. These case management services were provided from December 2, 2011 until May 6, 2012.

3. The total amount owed to Quality Care Consulting is $4,128.00.

4. Demand was made to State Farm Mutual Automobile Insurance Company for payment and reasonable proof of the provision of these services was provided in a timely manner to State Farm Mutual Automobile Insurance Company.

5. Quality Care Consulting claims interest relating to the transaction that is the subject of this present action, and that disposing of this action without including Quality Care Consulting as a party will impair and impede its ability to protect its interest.

6. Plaintiff's counsel, while extremely competent, could not adequately protect the interests of Quality Care Consulting as her loyalties lie directly with the Plaintiff.

WHEREFORE, Quality Care Consulting asks this Honorable Court to grant an order allowing it to intervene against State Farm Mutual Automobile Insurance Company as a Plaintiff and to grant any other relief which is just and equitable in the above referenced cause of action.

        CLARK & SCHOENBECK, P.C.

        By: __/s/ Paul S. Clark_____
        Paul S. Clark (P39164)
        Attorneys for Quality Care Consulting
        22655 South Chrysler Drive
        Hazel Park, Michigan 48030
        (586) 543-7776

Dated: November 9, 2012

## PROOF OF SERVICE

I certify that on November 9, 2012, I did electronically serve the attached document with the U. S. District Court and service was made on all counsel via the U. S. District Court's electronic service system.

CLARK & SCHOENBECK, P.C.

By: /s/ Paul S. Clark
Paul S. Clark (P39164)
Attorneys for Quality Care Consulting
22655 South Chrysler Drive
Hazel Park, Michigan 48030
(586) 543-7776

Dated: November 9, 2012

## Quality Care Consultants
## Statement Summaries
## DOS: 11/11 – 5/12

| Patient | Statement Description | Statement Number | Billing Amount | Amount Paid | Amount Due |
|---|---|---|---|---|---|
| Alexia Caruso | Statement w_Numbers (Invoice) - Caruso, Alexia - 01_10_2012 | 4242 | $636.54 | $0.00 | $636.54 |
| Alexia Caruso | Statement w_Numbers (Invoice) - Caruso, Alexia - 02_11_2012 | 4479 | $754.68 | $0.00 | $754.68 |
| Alexia Caruso | Statement w_Numbers (Invoice) - Caruso, Alexia - 03_06_2012 | 4646 | $978.75 | $0.00 | $978.75 |
| Alexia Caruso | Statement w_Numbers (Invoice) - Caruso, Alexia - 04_06_2012 | 4917 | $733.68 | $0.00 | $733.68 |
| Alexia Caruso | Statement without Assessment Plan (Invoice) - Caruso, Alexia - 05_06_2012 | 5145 | $1025.16 | $0.00 | $1025.16 |
| | | | | Revenue SUBTOTAL | $0.00 $4128.81 |
| | **TOTALS** | | **$4128.81** | **$0.00** | **$4128.81** |

# STATEMENT
## 02/01/2012

**Quality Care Consulting**  
**19811 Farmington Road**  
**Livonia, MI 48152**  
**248-888-0066**

State Farm  
PO Box 661023  
Dallas, TX 75266  
Claim Number: 22A-480-550  
Adjuster's Name: Joe Kuchuielki

**Patient's Name:** Alexia Caruso  
**DOB:** 07/08/2005  
**DOL:** 03/10/2006  

Clinician Name: Linda Pillow L.M.S.W., A.C.S.W., C.B.I.S.  
Federal Tax ID #: 38-3523216  
Invoice #: 4479

Diagnostic Code: 294.1 Dementia due to Head Trauma (Pelshaw 2011, QCC)

| DATE | HOURS/UNITS | CASE MANAGEMENT | Fee Per Hr | TOTAL |
|---|---|---|---|---|
| 01/05/2012 | 0.5/5u hr/u | Contact with Speech Therapist | $105.00 | $52.50 |
| 01/19/2012 | 3.2/32 hr/u | Meeting with patient, mother, and therapist<br>18 miles @ $0.51 per mile | $105.00 | $336.00<br>$9.18 |
| 01/20/2012 | 1.9/19 hr/u | Eval/Maint. of Est. Pt. Completed PRL (see Progress Report Provider Rx Log) Charles Pelshaw 11-10-11; IEP 12-6-11 | $105.00 | $199.50 |
| 01/31/2012 | 0.5/5 hr/u<br>1.0/10 hr/u | Assessment Plan/Upcoming Appt.<br>Monthly Progress Report | $105.00<br>$105.00 | $52.50<br>$105.00 |
| | 7.1 hr/u | | SUBTOTAL | $754.68 |

**TOTAL** $754.68

# STATEMENT
01/01/2012

**Quality Care Consulting**  
**19811 Farmington Road**  
**Livonia, MI 48152**  
**248-888-0066**

State Farm  
PO Box 661023  
Dallas, TX 75266  
Claim Number: 22A-480-550  
Adjuster's Name: Joe Kuchuiclki

**Patient's Name:** Alexia Caruso  
DOB: 07/08/2005  
DOL: 03/10/2006

Clinician Name: Linda Pillow L.M.S.W., A.C.S.W., C.B.I.S.  
Federal Tax ID #: 38-3523216  
Invoice #: 4242

Diagnostic Code: 294.1 Dementia due to Head Trauma (Pelshaw 2011, QCC)

| DATE | HOURS/UNITS | CASE MANAGEMENT | Fee Per Hr | TOTAL |
|---|---|---|---|---|
| 12/02/2011 | 3.0/30 hr/u | Appt. Preparation Contact with Family Contact with the pt. 54 miles @ $0.51 per mile | $105.00 | $315.00 $27.54 |
| 12/15/2011 | 0.2/2 hr/u | Collaboration | $105.00 | $21.00 |
| 12/21/2011 | 0./22 hr/u | Contact with Family | $105.00 | $21.00 |
| 12/22/2011 | 0.6/6 hr/u | Compiled Tables for Diagnostic Profile, Diagnostic Tests, Medications, Medical Providers; Contact with Mr. Katowski | $105.00 | $63.00 |
| 12/23/2011 | 0.3/3 hr/u | Contact with Eastpointe School Contact with Speech Pathologist | $105.00 | $31.50 |
| 12/30/2011 | 0.5/5 hr/u 1.0/10 hr/u | Assessment Plan/Upcoming Appt. Monthly Progress Report | $105.00 $105.00 | $52.50 $105.00 |
| | 5.8 hr/u | | SUBTOTAL | $636.54 |

TOTAL   $636.54

# STATEMENT
03/01/2012

**Quality Care Consulting**  
19811 Farmington Road  
Livonia, MI 48152  
248-888-0066

State Farm  
PO Box 661023  
Dallas, TX 75266  
Claim Number: 22A-480-550  
Adjuster's Name: Joe Kuchuielki

**Patient's Name:** Alexia Caruso  
DOB:   07/08/2005  
DOL:   03/10/2006

Clinician Name: Linda Pillow L.M.S.W., A.C.S.W., C.B.I.S.  
Federal Tax ID #: 38-3523216  
Invoice #: 4646

Diagnostic Code: 294.1 Dementia due to Head Trauma (Pelshaw 2011, QCC)

| DATE | HOURS/UNITS | CASE MANAGEMENT | Fee Per Hr | TOTAL |
|---|---|---|---|---|
| 02/06/2012 | 2.5/7 hr/u | Contact with Children's Hospital Rehabilitation Services Contact with | $105.00 | $262.50 |
| 02/08/2012 | 1.1/11 hr/u | Treatment and Case Management | $105.00 | $115.50 |
| 02/16/2012 | 0.9/9 hr/u | A consultation with OT Children's Hospital; Speech Therapist Forest Park Elementary Contact with Insurer | $105.00 | $94.50 |
| 02/17/2012 | 2.3/23 hr/u | A consultation with Ms. Pangori, Speech Therapist FTF Contact 25 miles @ $0.51 per mile | $105.00 | $241.50 $12.75 |
| 02/22/2012 | 0.4/4 hr/u | Coordination of medical appointment | $105.00 | $42.00 |
| 02/23/2012 | 0.2/2 hr/u | Contact with Children's Hospital; patient's mother | $105.00 | $21.00 |
| 02/24/2012 | 0.3/3 hr/u | Contact with Children's Hospital, billing | $105.00 | $31.50 |
| 02/29/2012 | 0.5/5 hr/u  1.0/10 hr/u | Assessment Plan/Upcoming Appt. Monthly Progress Report | $105.00 $105.00 | $52.50 $105.00 |
|  | 9.2 hr/u |  | SUBTOTAL | $978.75 |

TOTAL   $978.75

# STATEMENT
04/01/2012

**Quality Care Consulting**
**19811 Farmington Road**
**Livonia, MI 48152**
**248-888-0066**

State Farm
PO Box 661023
Dallas, TX 75266
Claim Number: 22A-480-550
Adjuster's Name: Joe Kucharski

**Patient's Name:** Alexia Caruso
DOB: 07/08/2005
DOL: 03/10/2006

Clinician Name: Linda Pillow L.M.S.W., A.C.S.W., C.B.I.S.
Federal Tax ID #: 38-3523216
Invoice #: 4917

Diagnostic Code: 294.1 Dementia due to Head Trauma (Pelshaw 2011, QCC)

| DATE | HOURS/UNITS | CASE MANAGEMENT | Fee Per Hr | TOTAL |
|---|---|---|---|---|
| 03/08/2012 | 3.0/30 hr/u | Appt. with Appt. with Charles Pelshaw, MD 18 miles @ $0.51 per mile | $105.00 | $315.00 $9.18 |
| 03/16/2012 | 1.2/12 hr/u | Contact with Insurer | $105.00 | $126.00 |
| 03/20/2012 | 0.5/5 hr/u | Contact with Insurer | $105.00 | $52.50 |
| 03/26/2012 | 0.3/3 hr/u | Collaboration Stepping Stones | $105.00 | $31.50 |
| 03/29/2012 | 0.4/4 hr/u | Contact with Family | $105.00 | $42.00 |
| 03/31/2012 | 0.5/5 hr/u 1.0/10 hr/u | Assessment Plan/Upcoming Appt. Monthly Progress Report | $105.00 $105.00 | $52.50 $105.00 |
| | 6.9 hr/u | | SUBTOTAL | $733.68 |

TOTAL $733.68

# STATEMENT
## 05/01/2012

**Quality Care Consulting**
**19811 Farmington Road**
**Livonia, MI 48152**
**248-888-0066**

State Farm
PO Box 661023
Dallas, TX 75266
Claim Number: 22A-480-550
Adjuster's Name: Joe Kucharski

**Patient's Name:** Alexia Caruso
DOB: 07/08/2005
DOL: 03/10/2006

Clinician Name: Linda Pillow L.M.S.W., A.C.S.W., C.B.I.S.
Federal Tax ID #: 38-3523216
Invoice #: 5145

Diagnostic Code: 294.1 Dementia due to Head Trauma (Pelshaw 2011, QCC)

| DATE | HOURS/UNITS | CASE MANAGEMENT | Fee Per Hr | TOTAL |
|---|---|---|---|---|
| 04/06/2012 | 0.5/5 hr/u | Appt. Preparation | $105.00 | $52.50 |
| 04/07/2012 | 2.6/26 hr/u | Appt. with Angela DeBastos, Ph.D. | $105.00 | $273.00 |
|  |  | 58 miles @ $0.51 per mile |  | $29.58 |
| 04/16/2012 | 0.2/2 hr/u | Contact with Family Michelle White | $105.00 | $21.00 |
| 04/18/2012 | 0.6/6 hr/u | A communication to Mr. Cochrane | $105.00 | $63.00 |
| 04/23/2012 | 0.4/4 hr/u | Contact with Family | $105.00 | $42.00 |
| 04/26/2012 | 0.1/1 hr/u | A communication with Mr. Cochrane | $105.00 | $10.50 |
| 04/28/2012 | 3.6/36 hr/u | Appt. with Angela DeBastos, Ph.D. Plan Goals Review | $105.00 | $378.00 |
|  |  | 58 miles @ $0.51 per mile |  | $29.58 |
| 04/30/2012 | 0.2/2 hr/u | Multiple Contacts Michele White; Ralph Cochrane | $105.00 | $21.00 |
| 04/30/2012 | 1.0/10 hr/u | Monthly Progress Report | $105.00 | $105.00 |
|  | 9.2 hr/u |  | SUBTOTAL | $1025.16 |

**TOTAL** $1025.16

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALEXIA CARUSO, a minor, by her
NEXT FRIEND, MICHELLE WHITE,

        Plaintiffs,

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, a foreign
Company,

        Defendant.

Case No: 12-CV-13896
Hon. Lawrence P. Zatkoff
Magistrate Hluchaniuk

_____/

Miller & Tischler, P.C.
Maureen H. Kinsella (P56172)
Attorneys for Plaintiff
26711 Northwestern Highway
Suite 200
Southfield, MI 48033-2159
(248) 945-1040

Clark & Schoenbeck, P.C.
Paul S. Clark P39164)
Attorneys for Quality Care Consulting
22655 South Chrysler Drive
Hazel Park, MI 48030
(248) 543-7776

Zausmer, Kaufman, August,
 Caldwell & Tayler, P.C.
Marcy A. Tayler (P41685)
Cinnamon A. Rice (P60979)
Nathan J. Fink (P75185)
Attorneys for Defendant
31700 Middlebelt Road
Suite 150
Farmington Hills, MI 48334
(248) 851-4111

_____/

## **BRIEF IN SUPPORT OF MOTION TO INTERVENE**

In support of its Motion to Intervene, Quality Care Consulting cites the facts and circumstances stated in the Motion and Rule 24(a)(2).

CLARK & SCHOENBECK, P.C.

By: /s/ Paul S. Clark
Paul S. Clark (P39164)
Attorneys for Quality Care Consulting
22655 South Chrysler Drive
Hazel Park, Michigan 48030
(586) 543-7776

Dated: November 9, 2012

## PROOF OF SERVICE

I certify that on November 9, 2012, I did electronically serve the attached document with the U. S. District Court and service was made on all counsel via the U. S. District Court's electronic service system.

CLARK & SCHOENBECK, P.C.

By: /s/ Paul S. Clark
Paul S. Clark (P39164)
Attorneys for Quality Care Consulting
22655 South Chrysler Drive
Hazel Park, Michigan 48030
(586) 543-7776

Dated: November 9, 2012