UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALEXIA CARUSO, a minor, by her Next Friend,
MICHELLE WHITE,

    Plaintiffs,

and

QUALITY CARE CONSULTING, INC.

    Intervening Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, a foreign insurance
company,

    Defendant.

Case No. 12-cv-13896-LPZ-MJH

Hon. Lawrence P. Zatkoff
Magistrate Judge: Michael Hluchaniuk

| | |
|---|---|
| JONATHAN C. HIRSCH (P46952)<br>The Hirsch Law Firm, PLLC<br>Attorneys for Plaintiffs<br>22725 Greater Mack, Suite A-204<br>St. Clair Shores, MI   48080<br>(586) 445-0900<br>jonathanhirsch@yahoo.com | CINNAMON A. RICE (P60979)<br>LYNNE S. DEBELL (P64728)<br>Zausmer, Kaufman, August & Caldwell, P.C.<br>Attorneys for Defendant-State Farm<br>31700 Middlebelt Road, Suite 150<br>Farmington Hills, MI 48334<br>(248) 851-4111; Fax: (248) 851-0100<br>crice@zkac.com<br>ldebell@zkac.com |
| PAUL S. CLARK (P39164)<br>Clark & Schoenbeck, P.C.<br>Attorneys for Intervening Plaintiff<br>Quality Care Consulting, Inc.<br>22655 South Chrysler Drive<br>Hazel Park, MI 48030<br>(248) 543-7776; Fax: (248) 543-7699<br>pclark@cs-law.net | |

{00275749}

## **STIPULATED ORDER FOR DISMISSAL**

UPON STIPULATION of all the parties by and through their respective counsel, as noted by their signatures, below;

IT IS ORDERED that this lawsuit is dismissed with prejudice and without costs as to all parties.   This Order disposes of the last pending claim and closes the case.

IT IS SO ORDERED.

                                              s/Lawrence P. Zatkoff
                                              Hon. Lawrence P. Zatkoff
                                              U.S. DISTRICT COURT JUDGE

DATED:   May 21, 2014

/s/ Jonathan C. Hirsch (w/permission)

_____
JONATHAN C. HIRSCH (P46952)
The Hirsch Law Firm, PLLC
Attorneys for Plaintiffs

/s/ Paul S. Clark (w/permission)

_____
PAUL S. CLARK (P39164)
Clark & Schoenbeck, P.C.
Attorney for Intervening Plaintiff

/s/ Cinnamon A. Rice

_____
CINNAMON A. RICE (P60979)
LYNNE S. DEBELL (P64728)
Zausmer, Kaufman, August & Caldwell, P.C.
Attorneys for Defendant-State Farm